UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No. 00-cr-00343-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GLENN EDWARD SMITH,

       Defendant.
_____

ORDER FOR RESPONSE
_____

       On May 15, 2008, the defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). It is now

       ORDERED that the government shall file a response to the motion by May 29, 2008.

       DATED: May 16th, 2008

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Judge